George Walter HAYMAN, Appellant,

v.

LITTLE ROCK POLICE DEPARTMENT,
Defendant,

Randy Johnson, Pulaski County Sheriff, Appellee.

No. 04–2219.

United States Court of Appeals, Eighth Circuit.

Submitted Oct. 5, 2004.

Decided Oct. 15, 2004.

George Walter Hayman, Little Rock, AR, Appellant Pro Se.

David Mack Fuqua, Hilburn & Calhoon, North Little Rock, AR, for Appellee.

Before MELLOY, LAY, and COLLOTON, Circuit Judges.

PER CURIAM.

George Walter Hayman, currently confined to the Arkansas State Hospital, appeals following the district court's[1] dismissal of his 42 U.S.C. § 1983 complaint. Having carefully reviewed the record, we dismiss the appeal as untimely, because Hayman filed his notice of appeal (NOA) almost thirteen months after the district

---

1. The Honorable Jean C. Hamilton, United States District Judge for the Eastern District of Missouri.

1. The Honorable Stephen M. Reasoner, late a United States District Judge for the Eastern

District of Arkansas, adopting the report and recommendations of the Honorable Jerry W. Cavaneau, United States Magistrate Judge for the Eastern District of Arkansas.

court entered judgment, *see* Fed. R.App. P. 4(a)(1) (in civil case where agency of United States is not party, NOA must be filed within 30 days of district court's entry of judgment), and Hayman failed to move timely, pursuant to Federal Rule of Appellate Procedure 4(a)(5), for an extension of time to appeal, *see* Fed. R.App. P. 26(b)(1) (court may not extend time to file NOA except as authorized by Rule 4).

Accordingly, we dismiss this appeal. *See Burgs v. Johnson County, Iowa,* 79 F.3d 701, 702 (8th Cir.1996) (per curiam) ("A timely notice of appeal is mandatory and jurisdictional.").